UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPRINKLES CUPCAKES, INC.,

    Plaintiff,

- against -

ELIZABETH HALPENNY and ALI LOEWENSTEIN,
dba SPRINKLESPRINKLE,

    Defendants.

Case No. 08 CV 1278



## DISCLOSURE STATEMENT UNDER RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Sprinkles Cupcakes, Inc. states as follows: Plaintiff Sprinkles Cupcakes, Inc. has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated: New York, New York
       February 8, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
Jessica L. Margolis
WILSON SONSINI GOODRICH & ROSATI P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: 212.999.5800
jmargolis@wsgr.com

John L. Slafsky
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, CA 94304
Tel: 650.493.9300
jslafsky@wsgr.com

*Attorneys for Plaintiff Sprinkles Cupcakes, Inc.*