# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 1278

Date Filed: 2/8/2008

Plaintiff:
**SPRINKLES CUPCAKES, INC.**

vs.

Defendant:
**ELIZABETH HALPENNY AND ALI LOEWENSTEIN, d/b/a**
**SPRINKLESSPRINKLE**

For:
Wilson Sonsini Goodrich & Rosati
Professional Corporation
1301 Avenue Of The Americas (40th Fl)
New York, NY 10019

Received these papers to be served on **ALI LOEWENSTEIN, located at 488 Bergen Street, Brooklyn, New York 11217**.

I, Vincent J. Mannetta, being duly sworn, depose and say that on the **13th day of February, 2008** at **1:30 pm, I:**

**Affixed** a true copy of the **Summons In A Civil Action** to the door of said premises, the same being the Defendant's last known address per the Attorney. Deponent additionally served by depositing a copy of the said Document in a postpaid envelope bearing the words "Personal & Confidential" by First Class Mail on 02/13/2008 in an official depository of the U.S.P.S. in the State of New York.

**Additional Information pertaining to this Service:**
INSTRUCTED PER THE ATTORNEY TO POST DOCUMENT
MILITARY STATUS:Based upon my inquiry of the defendant with the neighbor "Jane Doe" (refused name), it is believed that the within named party is not in the service of The United States of America.
FEBRUARY 11, 2008 @ 05:40 PM, FEBRUARY 11, 2008 @ 10:00 PM, FEBRUARY 12, 2008 @ 6:37 AM, FEBRUARY 12, 2008 @ 07:37 PM AND FEBRUARY 13, 2008 @ 1:30 PM - ATTEMPTED SERVICE, NO ANSWER.

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 14th day of
February, 2008  by the affiant who is personally known
to me.

_____
Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

_____
**Vincent J. Mannetta**
1203246

Our Job Serial Number: 2008000657
Ref: 08 CV 1278

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j