```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

SPRINKLES CUPCAKES, INC.,

        Plaintiff,

v.

ELIZABETH HALFPENNY and ALI LOWENSTEIN,
d/b/a SPRINKLESPRINKLE,

        Defendants.

- - - - - - - - - - - - - - - - - - - x

Case No. 08-CV-1278 (JGK)

ECF Case

STIPULATION AND ORDER
EXTENDING TIME OF
DEFENDANTS TO RESPOND TO
THE COMPLAINT

    Subject to the approval of this Honorable Court, the undersigned attorneys for Plaintiff Sprinkles Cupcakes, Inc. ("Plaintiff") and Defendants Elizabeth Halfpenny and Ali Lowenstein dba SprinkleSprinkle ("Defendants") hereby stipulate and agree that Defendants shall have an extension of time to answer or otherwise move with respect to the Complaint in the above-captioned matter, up to and including **March 27, 2008**.

    Defendants' response was originally due on March 20, 2008. This is Defendants' first request for extension of time to respond. Plaintiff, through its undersigned counsel, consents to this request.

Dated:    New York, NY
           March 20, 2008

By _____
    Jessica L. Margolis
    Wilson Sonsini Goodrich & Rosati P.C.
    1301 Avenue of the Americas, 40th Floor
    New York, New York 10019
    (212) 999-5800

*Attorneys for Plaintiff Sprinkles Cupcakes, Inc.*

By _____
    Thomas J. Abinanti, Esq.
    61 Kathwood Road
    White Plains, NY 10607
    914-328-9000 (phone)
    914-328-9000 (fax)
    TJAESQ@aol.com

*Attorney for Defendants Elizabeth Halfpenny
and Ali Lowenstein dba SprinkleSprinkle*

SO ORDERED:

_____
Hon. John G. Koeltl
United States District Judge

3/25/08