```
                                              USDS SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
                                              DOC #: _____
             UNITED STATES DISTRICT COURT     DATE FILED: 3/31/08
         FOR THE SOUTHERN DISTRICT OF NEW YORK
```

---------------------------------------- x
SPRINKLES CUPCAKES, INC.,                :
                                         :    08-CV-1278 (JGK)
                   Plaintiff,            :
                                         :    *ECF Case*
         v.                              :
                                         :    STIPULATION OF
ELIZABETH HALPENNY and ALI LOWENSTEIN,    :    DISMISSAL, WITH
d/b/a SPRINKLESPRINKLE,                  :    PREJUDICE, PURSUANT
                                         :    TO RULE 41(a)(1)(ii)
                   Defendants.           :
---------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties to the instant litigation that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-identified action, including all claims, defenses, counterclaims and cross-claims, is dismissed with prejudice, all parties to bear their own costs and attorney fees. The Court retains jurisdiction to enforce the Settlement Agreement of the parties.

By _____          By _____
Jessica L. Margolis                    Thomas J. Abinanti, Esq.
WILSON SONSINI GOODRICH                61 Kathwood Road
& ROSATI                               White Plains, NY 10607
1301 Avenue of the Americas, 40th Fl.  914-328-9000 (phone)
New York, NY 10019                     914-328-9000 (fax)
212-999-5800 (phone)                   TJAESQ@aol.com
jmargolis@wsgr.com

3.28.2008                              Date: 3/26/08

**SO ORDERED:**

Date: 3/31/08                          _____
                                        The Honorable John G. Koeltl
                                        United States District Judge

393587.1   The Clerk is directed to enter Judgment
           and to close this case. SO ORDERED.
                                            /s/ JGK
                                        3/31/08              U.S.D.J.